No. 92–6184. HALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6185. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6215. MATIAS *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 91–1283. GREENBERG, INDEPENDENT EXECUTOR OF ESTATE OF MCGANN, DECEASED *v.* H & H MUSIC CO. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 91–1877. PACHECO ET AL. *v.* DEFOOR ET AL.; and

No. 91–1922. DEFOOR ET AL. *v.* COLORADO ET AL. Sup. Ct. Colo. Motion of Colorado Intergovernmental Risk Sharing Agency for leave to file a brief as *amicus curiae* in No. 91–1922 granted. Certiorari denied. Reported below: 824 P. 2d 783.

No. 92–264. ARCADIA, OHIO, ET AL. *v.* OHIO POWER CO. ET AL.; and

No. 92–280. FEDERAL ENERGY REGULATORY COMMISSION *v.* OHIO POWER CO. ET AL. C. A. D. C. Cir. Motion of National Association of State Utility Consumers Advocate et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. Reported below: 293 U. S. App. D. C. 348, 954 F. 2d 779.

No. 92–506. CHEVRON TRANSPORT CORP. ET AL. *v.* GREAT LAKES DREDGE & DOCK CO. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–5524. LOPEZ-GIL *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–523. HEIM *v.* REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL. C. A. 8th Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN took no part in the consideration or decision of this petition.